AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-176

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security
was received by me on *(date)* May 16, 2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Halsey B. Frank, U.S. Attorney District of Maine , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
U.S. Department of Homeland Security on *(date)* May 18, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: May 21, 2018

*Server's signature*

Emma E. Bond, Staff Attorney, ACLU Maine
*Printed name and title*

121 Middle Street, Ste. 200, Portland, Maine 04101
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-176

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Customs and Border Protection
was received by me on *(date)* May 16, 2018.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Halsey B. Frank, U.S. Attorney, District of Maine, who is designated by law to accept service of process on behalf of *(name of organization)*
U.S. Customs and Border Protection on *(date)* May 18, 2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: May 21, 2018

*Server's signature*

Emma E. Bond, Staff Attorney, ACLU Maine
*Printed name and title*

121 Middle Street, Ste. 200, Portland, Maine 04101
*Server's address*

Additional information regarding attempted service, etc: