# EXHIBIT A

## **TABLE OF CONTENTS**

1. Bangor Bus Check – Redacted…………………………………………………………………1

2. Bangor TCB Emails – New Redacted Final (all)……………………………………………2

3. FW_Bus Check – Redacted ………………...……………………………………...…18

4. FW_Chekpoint- Redacted ……..…………………………………………………..19

5. TCB Bangor 481s – New Redacted Final (all)……………………………………………..21

6. Trans check Presentation1 – New Redacted Final………………………………………35

**From:**  (b) (6), (b) (7)(C)
**To:**
**Cc:**
**Subject:** Bangor Bus Check
**Date:** Thursday, January 25, 2018 2:01:28 PM

SBPAs,

Apparently that video referred to in the article that I sent out (bus check in Florida), has triggered a mass FOIA from the ACLU for Border Patrol transportation checks.  This will not have an operational effect on us here.  The Chief supports our enforcement posture (b) (7)(E) ... (b) (7)(E) ... (b) (6), (b) (7)(C) If (b) (7)(E) (b) (7)(E) is on, send him too.  We can always (b) (7)(E) but you will have to coordinate with them and his schedule.  On that note, I have engaged sector on the (b) (7)(E) and so far they support this request.  I will be working on a justification IP for that.

The guys most certainly will encounter the ACLU, or other similar entity at some point.  The instructions are to remain professional, know that we derive our authority to conduct such operations from Section 287, and refer all inquiries to sector POA (b) (6), (b) (7)(C)

# (b) (7)(E)

If there are any questions please see me.

Thanks,



(b) (6), (b) (7)(C)

Patrol Agent in Charge

Houlton Station

US Border Patrol

(b) (6), (b) (7)(C) office

(b) (6), (b) (7)(C) cell

**(b) (6), (b) (7)(C)**

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **Sent:** | Saturday, January 13, 2018 6:45 PM |
| **To:** | (b) (6), (b) (7)(C) |
| **Subject:** | FW: K9 |

Disregard gentlemen (b) (6), (b) (7)(C) s going to send his guy.

Thanks,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)
Patrol Agent in Charge
Houlton, Maine
(b) (6), (b) (7)(C) office

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Saturday, January 13, 2018 11:33:18 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** K9

I know this is short notice, but would either the JMB or RGM K9 be available to assist with a bus check in Bangor tomorrow for day shift?  We are going to do a (b) (7)(E)
(b) (7)(E)

Thanks,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)
Patrol Agent in Charge
Houlton, Maine
(b) (6), (b) (7)(C) office

1

# (b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Sunday, December 03, 2017 9:47 PM
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** FW: Chinese App

(b) (6), (b) (7)(C)

The overstay was processed as such and was picked up earlier tonight by ERO with no issues. This was an overstay (female) from China, having entered in 2015 as a B1/B2. Nothing notable to pass on other than that.

Thanks,
(b) (6), (b) (7)(C)

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Sunday, December 03, 2017 5:17:06 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** Chinese App

The boys picked up a Chinese overstay in Bangor (b) (6), (b) (7)(C)

We'll process her as an NTA and keep you filled in.

(b) (6), (b) (7)(C)

**(b) (6), (b) (7)(C)**

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **Sent:** | Sunday, November 19, 2017 5:18 PM |
| **To:** | (b) (6), (b) (7)(C) |
| **Subject:** | RE: Bus Check |

(b) (6), (b) (7)(C)

Make sure we touch base with Bangor PD and let them know that we will be working the buses.

Thanks,
(b) (6), (b) (7)(C)

**From:** (b) (6), (b) (7)(C)
**Sent:** Sunday, November 19, 2017 9:34:15 PM
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** Bus Check

(b) (6), (b) (7)(C) if there are enough (b) (7)(E) agents, there is a bus that leaves Greyhound (Dysarts) at 5:20. However, the (b) (7)(E) said that sometimes it doesn't come up if there weren't any tickets sold. So if you could track down a number, it might be worth calling ahead. I'll be in at 0600 if something comes up.

**(b) (6), (b) (7)(C)**

From:           (b) (6), (b) (7)(C)
Sent:           Sunday, November 19, 2017 5:17 PM
To:             (b) (6), (b) (7)(C)
Subject:        RE: Bangor Operations

(b) (6), (b) (7)(C)

The guys are planning to do a bus check in Bangor on Monday. I am on leave, but will be monitoring emails should something come of it.

Thanks,
(b) (6), (b) (7)(C)

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, November 15, 2017 7:49:02 PM
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** RE: Bangor Operations

Great!  Give me a call when you get closer.

**(b) (6), (b) (7)(C)**

Port Director - U.S. Customs and Border Protection
267a Godfrey Blvd. Bangor Int'l Airport
Bangor, Maine
(b) (6), (b) (7)(C)(Office)
(Cell)

*"OFO PROUD"*

NOT AUTHORIZED FOR PUBLIC DISCLOSURE
**WARNING:** This document contains information classified FOR OFFICIAL USE ONLY (FOUO) and/or LAW ENFORCEMENT SENSITIVE (LES). FOUO/LES information is exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document and any attachments are to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be displayed or released to the public, foreign officials or any other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.
**UNCLASSIFIED (U) //FOR OFFICIAL USE ONLY (FOUO) /LAW ENFORCEMENT SENSITIVE (LES)**

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, November 15, 2017 2:46 PM
**To** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** RE: Bangor Operations

Yep, we expect it and have been lining things up for a few months now.

1

Thanks,


(b) (6), (b) (7)(C)

Patrol Agent in Charge
Houlton Station
US Border Patrol
(b) (6), (b) (7)(C) office

From: (b) (6), (b) (7)(C)
Sent: Wednesday, November 15, 2017 2:44 PM
To: (b) (6), (b) (7)(C)
Cc:
Subject: RE: Bangor Operations

No issue!

Beware what you might find on bus checks!  (Heroin?)  May want to coordinate with the locals?

(b) (6), (b) (7)(C)

Port Director - U.S. Customs and Border Protection
267a Godfrey Blvd. Bangor Int'l Airport
Bangor, Maine
(b) (6), (b) (7)(C) (Office)
(Cell)

*"OFO PROUD"*

**NOT AUTHORIZED FOR PUBLIC DISCLOSURE**
**WARNING:** This document contains information classified FOR OFFICIAL USE ONLY (FOUO) and/or LAW ENFORCEMENT SENSITIVE (LES). FOUO/LES information is exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document and any attachments are to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be displayed or released to the public, foreign officials or any other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.
**UNCLASSIFIED (U) //FOR OFFICIAL USE ONLY (FOUO) /LAW ENFORCEMENT SENSITIVE (LES)**

From: (b) (6), (b) (7)(C)
Sent: Wednesday, November 15, 2017 2:43 PM
To: (b) (6), (b) (7)(C)
Cc:
Subject: RE: Bangor Operations

Bus check. Sorry (b) (6), (b) (7)(C)

Thanks,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

Patrol Agent in Charge
Houlton Station

**007**

US Border Patrol
**(b) (6), (b) (7)(C)** office

**(b) (6), (b) (7)(C)**

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, November 15, 2017 2:41 PM
**To:**
**Cc:**

**(b) (6), (b) (7)(C)**

**Subject:** RE: Bangor Operations

(b) (6), (b) (7)(C)

You used a term I am unfamiliar with (or I may have forgotten?).  What is a trans-check operation?

There are CBPOs on duty 24X7 in Bangor.  Just let me know when you might be in the area and SCBPO **(b) (6), (b) (7)(C)** or I will make our PCs available to you.

**(b) (6), (b) (7)(C)**

Port Director - U.S. Customs and Border Protection
267a Godfrey Blvd. Bangor Int'l Airport
Bangor, Maine
(b) (6), (b) (7)(C) (Office)
(Cell)

*"OFO PROUD"*

**NOT AUTHORIZED FOR PUBLIC DISCLOSURE**
**WARNING: This document contains information classified FOR OFFICIAL USE ONLY (FOUO) and/or LAW ENFORCEMENT SENSITIVE (LES). FOUO/LES information is exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document and any attachments are to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be displayed or released to the public, foreign officials or any other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.**
**UNCLASSIFIED (U) //FOR OFFICIAL USE ONLY (FOUO) /LAW ENFORCEMENT SENSITIVE (LES)**

**From:** (b) (6), (b) (7)(C)
**Sent:** Wednesday, November 15, 2017 1:48 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** Bangor Operations

(b) (6), (b) (7)(C)

It has been some time now, but we are finally getting operations back in line as we used to.  We are conducting a (b) (7)(E) on Saturday, but if the weather inhibits that we are planning on conducting trans-check operations in Bangor on that day instead.  If we run into a situation that warrants a search (b) (7)(E) I suppose), would there be anyone available at your location to assist?  These trans-checks (b) (7)(E) (b) (7)(E) and I will make sure that you are looped in as we plan on being down there.

Thanks,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

Patrol Agent in Charge
Houlton Station
US Border Patrol
(b) (6), (b) (7)(C) office

**(b) (6), (b) (7)(C)**

From:         **(b) (6), (b) (7)(C)**
Sent:         Wednesday, November 15, 2017 3:56 PM
To:           **(b) (6), (b) (7)(C)**
Cc:
Subject:      RE:        **(b) (7)(E)**

**(b) (6), (b) (7)(C)**

**(b) (6), (b) (7)(C)** spoke with the CPA today and addressed his concerns to his satisfaction.

- Bangor is not a sanctuary city (actually there are none in Maine, I am surprised to learn that)
- **(b) (7)(E)**                most all drug related though
- **(b) (7)(E)**
- I did reach **(b) (7)(E)** if they have the man power they will assist

**(b) (7)(E)**

Thanks,
**(b) (6), (b) (7)(C)**

**(b) (6), (b) (7)(C)**

Patrol Agent in Charge
Houlton Station
US Border Patrol
**(b) (6), (b) (7)(C)** office

From: **(b) (6), (b) (7)(C)**
Sent: Tuesday, November 14, 2017 1:24 PM
To:           **(b) (6), (b) (7)(C)**
Cc:           **(b) (6), (b) (7)(C)**

Subject: RE     **(b) (7)(E)**

Whoops, I have a scheduling snafu on my email below as the Chief and I will be out of the office on Monday and Tuesday.  So let's make it at 0900 on Wednesday next week.

Here are his questions that he would like to discuss:
- Bangor – Sanctuary City? (They were working on it)
- **(b) (7)(E)**
-

V/R,
**(b) (6), (b) (7)(C)**

Division Chief, LEO

1

Houlton Sector
Office: (b) (6), (b) (7)(C)
Cell: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)

From: (b) (6), (b) (7)(C)
Sent: Tuesday, November 14, 2017 1:14 PM
To: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
Cc: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)
Subject: (b) (7)(E)

(b) (6), (b) (7)(C)

The Chief has questions on this Op Order and would like for the two of you to come to sector on Monday to discuss.  I will plan on 1100 hours on Monday in the Conference Room here at sector.

Let me know if that doesn't work.

V/R,
(b) (6), (b) (7)(C)

Division Chief, LEO
Houlton Sector
Office: (b) (6), (b) (7)(C)
Cell: (b) (6), (b) (7)(C)
(b) (6), (b) (7)(C)

011

**(b) (6), (b) (7)(C)**

**From:**
**Sent:** Wednesday, November 15, 2017 5:32 PM
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** Bangor TCB

SBPAs,

We are all set to begin bus checks in Bangor. I have spoken with the **(b) (7)(E)** and they are happy to respond as needed should we encounter something that does not fall within our purview. OFO Bangor is also happy to assist should we need to roll someone. They are available 24/7 at the airport.

**(b) (7)(E)**

(b) (7)(E)        Remain professional, expect to be videoed, and do not get baited into an argument that will get edited to make us look like fools. Don't confuse this with taking shit. We are there to do a job, then move on.

This is an excellent opportunity, the likes of which we have not seen in a decade. Let's work together to be as productive as possible while preserving this momentum to increase our ability to enforce the law.

(b) (6), (b) (7)(C) and I met with the CPA this morning. He had a couple of valid concerns, but I am certain that he is happy to see us moving forward, using this operation as an enforcement tool as much as it is a measure of our line operations effectiveness.

Happy hunting, stay safe, and have fun!

Thanks,
(b) (6), (b) (7)(C)

1

Non Responsive

Non Responsive

**(b) (6), (b) (7)(C)**

From:
Sent:
To:
Subject:

**(b) (6), (b) (7)(C)**
Monday, November 13, 2017 10:55 AM
**(b) (6), (b) (7)(C)**
**(b) (7)(E)**

(b) (6), (b) (7)(C)

Do you have any idea if **(b) (7)(E)** will be a go by Saturday?  It looks like at this point there is a 50/50 chance that the road may be wet or icy on Saturday, leaving the bus check op as the back-up plan.

Thanks,
(b) (6), (b) (7)(C)

**(b) (6), (b) (7)(C)**
Patrol Agent in Charge
Houlton Station
US Border Patrol
**(b) (6), (b) (7)(C)** office

**(b) (6), (b) (7)(C)**

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **Sent:** | Thursday, October 12, 2017 3:06 PM |
| **To:** | (b) (6), (b) (7)(C) |
| **Subject:** | (b) (7)(E) |
| **Attachments:** | |

(b) (6), (b) (7)(C)

Since you are now dubbed as the Operations Order SME, please take a look at the attached. The plan is to conduct (b) (7)(E) in Bangor. If it all looks good, I will ask the (b) (7)(E) which I believe that (b) (6), (b) (7)(C) has been working on already.

Thanks,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

Acting Division Chief
Houlton Sector
(b) (6), (b) (7)(C)

**(b) (6), (b) (7)(C)**

From: **(b) (6), (b) (7)(C)**
Sent: Thursday, October 12, 2017 3:09 PM
To: **(b) (6), (b) (7)(C)**
Subject: **(b) (7)(E)**
Attachments:

(b) (6), (b) (7)(C)

Attached is the draft Operations Order for the Bangor bus check.  Can you please have the **(b) (7)(E)** **(b) (7)(E)** I believe that **(b) (6), (b) (7)(C)** may have a head start on this already.

Thanks,
(b) (6), (b) (7)(C)

**(b) (6), (b) (7)(C)**
Acting Division Chief
Houlton Sector
**(b) (6), (b) (7)(C)**

# Non Responsive

**017**

**(b) (6), (b) (7)(C)**

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **Sent:** | Sunday, August 20, 2017 11:01 AM |
| **To:** | (b) (6), (b) (7)(C) |
| **Subject:** | RE: HLS Arrest |

(b) (6), (b) (7)(C) s there. I stopped in and will go back to sign the file later.

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Sunday, August 20, 2017 3:59:43 PM
**To:** (b) (6), (b) (7)(C)
**Subject:** RE: HLS Arrest

Is (b) (6), (b) (7)(C) vorking or another SBPA? Let me know if you need anything.

---

**From:** (b) (6), (b) (7)(C)
**Sent:** Sunday, August 20, 2017 10:46:01 AM
**To:** (b) (6), (b) (7)(C)
**Cc:**
**Subject:** HLS Arrest

Gents,

HLS arrested an overstay from Hungary off the bus this morning. ERO is sending a crew to pick him up from the station this afternoon.

Thanks,
(b) (6), (b) (7)(C)

1

**From:** (b) (6), (b) (7)(C)
**To:**
**Cc:**
**Subject:** FW: Bus Check
**Date:** Saturday, January 13, 2018 6:46:15 PM

(b) (6), (b) (7)(C)

(b) (7)(E) will be supplying their dog for the (b) (7)(E) bus check. Expect him to reach out to you in the morning.

Thanks,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)
Patrol Agent in Charge
Houlton, Maine
(b) (6), (b) (7)(C) office
(b) (6), (b) (7)(C) ell

_____

From (b) (6), (b) (7)(C)
Sent: Saturday, January 13, 2018 10:27:03 PM
To: (b) (6), (b) (7)(C)
Cc:
Subject: Bus Check

(b) (6), (b) (7)(C)

If you can afford to send two guys to Bangor tomorrow to hit the buses please do. It may be too short of a notice, but reach out t (b) (7)(E) and see if their dog is on, maybe he can help out.

(b) (6), (b) (7)(C)

You guys are already on board for the sam (b) (6), (b) (7)(C) s ready and aware.

Also, please plan on putting miles on the chargers.

Happy hunting,
(b) (6), (b) (7)(C)

Thanks,
(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)
Patrol Agent in Charge
Houlton, Maine
(b) (6), (b) (7)(C) office
(b) (6), (b) (7)(C) cell

**019**

| | |
|---|---|
| **From:** | (b) (6), (b) (7)(C) |
| **To:** | |
| **Subject:** | FW (b) (7)(E) Checkpoint |
| **Date:** | Tuesday, June 05, 2018 10:25:48 PM |
| **Attachments:** | (b) (7)(E) |

Will (b) (7)(E) need to take anything down the night before or is (b) (7)(E) going to handle all of that?

(b) (6), (b) (7)(C)

Supervisory Border Patrol Agent

Houlton Station

(b) (6), (b) (7)(C) office

(b) (6), (b) (7)(C) cell

(b) (6), (b) (7)(C) alt. cell

From (b) (6), (b) (7)(C)
Sent: Tuesday, June 05, 2018 9:39 AM

(b) (6), (b) (7)(C)

Subject (b) (7)(E) Checkpoint

HLS Sups,

We are running a Checkpoint next PP on Wednesday June 20 at the (b) (7)(E) location.  It will run for (b) (7)(E) (b) (7)(E) K9 will assist on (b) (7)(E) Agents working the checkpoint should arrive at work and get right on the road headed down as soon as possible.

(b) (6), (b) (7)(C), (b) (7)(E)



(b) (6), (b) (7)(C)

Acting Patrol Agent In Charge

Houlton Border Patrol Station

591 North Street

Houlton, Maine 04730

Office: (b) (6), (b) (7)(C)

Cell: (b) (6), (b) (7)(C)

021

## G-481 Daily Unit Assignment Log Summary, Unit ST/Unit (b) (7)(E)

Office: (b) (7)(E)

Schedule: Thursday, March 01, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bangor Bus Check |
| | | | | | | | Bangor Bus check |

Department of Homeland Security, Customs and Border Protection

**Sensitive But Unclassified**

Total Manpower is: (b) (7)(E)

Examined and Approved by: (b) (6), (b) (7)(C)

Page 1

Printed: 03/01/2018 01:59:47 PM

### G-481 Daily Unit Assignment Log Summary, Unit ST/Unit (b) (7)(E)

Office: (b) (7)(E)

Schedule: Sunday, March 11, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bus Check |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bus Check; Agent in Charge |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bus Check Bangor |
| | | | | | | | Bus Check Bangor |
| | | | | | | | |
| | | | | | | | |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

Total Manpower Is (b) (7)(E)

Examined and Approved by: (b) (6), (b) (7)(C)

Page 1

Printed: 03/11/2018 01:57:34 PM

G-481 Daily Unit Assignment Log Summary, Unit ST/Unit (b) (7)(E)

Office: (b) (7)(E)

Schedule: Monday, March 12, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bus Check |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bus Check |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Repsonse as Needed. Agent in Charge |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bus Check Bangor |
| | | | | | | | Bus Check Bangor |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

(b) (6), (b) (7)(C)

Total Manpower is: (b) (7)(E)

Examined and Approved by:

Page 1

Printed: 03/12/2018 01:54:50 PM

024

## G-481 Daily Unit Assignment Log Summary, Group ST; Shift: (b) (7)(E)

Office: (b) (7)(E)

Schedule: Wednesday, March 21, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|------------|---------|--------|-----------|-------|------|----------|
| NONE | UNASSIGNED | | (b) (6), (b) (7)(C), (b) (7)(E) | | | | |
| NONE | UNASSIGNED | | | | | | ILEA Meeting at CMB |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | |
| | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | (b) (7)(E) |
| | | | | | | | BGR bus check |
| | | | | | | | BGR bus check |
| NONE | TRAINING | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | FIREARMS QUALIFICATION | | | | | | |
| NONE | FIREARMS QUALIFICATION | | | | | | |
| NONE | FIREARMS QUALIFICATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

(b) (6), (b) (7)(C)

Total Manpower Is: (b) (7)(E)

Examined and Approved by:

Page 1

Printed: 03/21/2018 06:00:25 AM

**G-481 Daily Unit Assignment Log Summary, Group ST; Shift:** (b) (7)(E)

Office: (b) (7)(E)

Schedule: Thursday, March 22, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | UNASSIGNED | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | (b) (7)(E) |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | (b) (7)(E) |

(b) (6), (b) (7)(C), (b) (7)(E)

| | | | | | | | (b) (7)(E) Training at UMPI from 0730 to 1000 per (b) (6), (b)(7)(C) |
| | | | | | | | (b) (7)(E) Listen out for (b) (7)(E) until (b)(7)(E) hours |
| | | | | | | | (b) (7)(E) |
| | | | | | | | BGR bus check |
| | | | | | | | BGR bus check |

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | TRAINING | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | FIREARMS QUALIFICATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |

Department of Homeland Security, Customs and Border Protection

**Sensitive But Unclassified**

(b) (6), (b) (7)(C)

Total Manpower is: (b) (7)(E)

Examined and Approved by:

Page 1

Printed: 03/22/2018 06:00:37 AM

**026**

## G-481 Daily Unit Assignment Log Summary, Station; Shift: (b) (7)(E)

Office: (b) (7)(E)

Schedule: Monday, March 26, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | UNASSIGNED | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | Bangor Bus |
| | | | | | | | Bangor Bus |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |
| NONE | TRAINING | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | TRAINING | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |
| NONE | TRAVEL STATUS | | | | | | |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

Total Manpower Is: (b) (7)(E)

Examined and Approved by: (b) (6), (b) (7)(C)

Page 1

Printed: 03/26/2018 06:08:33 AM

027

**G-481 Daily Unit Assignment Log Summary, Group ST; Shift:** (b) (7)(E)

Office: (b) (7)(E)

Schedule: Tuesday, March 27, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | UNASSIGNED | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |

(b) (6), (b) (7)(C), (b) (7)(E)

(b) (6), (b) (7)(C), (b) (7)(E)

| | | | Bangor Bus |
|---|---|---|------------|
| | | | Bangor Bus |

| Zone | Assignment | | |
|------|-----------|---|---|
| NONE | TRAINING | (b) (6), (b) (7)(C), (b) (7)(E) | |
| NONE | TRAINING | | |
| NONE | TRAINING | | |
| NONE | TRAINING | | |
| NONE | TRAINING | | |
| NONE | DETAIL OUT STATION | | |
| NONE | DETAIL OUT STATION | | |
| NONE | DETAIL OUT OF SECTOR | | |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

(b) (6), (b) (7)(C)

Total Manpower is: (b) (7)(E)

Examined and Approved by:

Page 1

Printed: 03/27/2018 05:52:11 AM

**G-481 Daily Unit Assignment Log Summary, Unit ST/Unit** (b) (7)(E)

Office: (b) (7)(E)

Schedule: Sunday, April 22, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |

(b) (6), (b) (7)(C), (b) (7)(E)

Bangor Bus: (b) (7)(E)

Bangor Bus:

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

(b) (6), (b) (7)(C)

Total Manpower Is: (b) (7)(E)

Examined and Approved by:

Page 1

Printed: 04/22/2018 06:00:25 AM

**G-481 Daily Unit Assignment Log Summary, Station; Shift:** (b) (7)(E)

Office: (b) (7)(E)

Schedule: Monday, April 23, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | UNASSIGNED | | | (b) (6), (b) (7)(C), (b) (7)(E) | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |

(b) (6), (b) (7)(C), (b) (7)(E)

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | DETAIL OUT STATION | | | (b) (6), (b) (7)(C), (b) (7)(E) | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

(b) (6), (b) (7)(C)

Total Manpower is: (b) (7)(E)

Examined and Approved by:

Page 1

Printed: 04/23/2018 06:02:06 AM

G-481 Daily Unit Assignment Log Summary, Group ST, Shift: (b) (7)(E)

Office: (b) (7)(E)

Schedule: Monday, April 23, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | |
| (b) (6), (b) (7)(C), (b) (7)(E) | | | | | | | BGR bus check (b) (7)(E) |
| | | | | | | | BGR bus check (b) (7)(E) |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

Total Manpower is: (b) (7)(E)

Examined and Approved by: (b) (6), (b) (7)(C)

Page 1

Printed: 04/23/2018 01:55:24 PM

031

## G-481 Daily Unit Assignment Log Summary, Group ST; Shift: (b) (7)(E)

Office: (b) (7)(E)

Schedule: Thursday, April 26, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|---|---|---|---|---|---|---|---|
| NONE | UNASSIGNED | | | (b) (6), (b) (7)(C), (b) (7)(E) | | | |
| NONE | UNASSIGNED | | | (b) (6), (b) (7)(C), (b) (7)(E) | | | BGR bus check (b) (7)(E) |
| NONE | UNASSIGNED | | | | | | (b) (7)(E) |
| NONE | UNASSIGNED | | | | | | |

(b) (6), (b) (7)(C), (b) (7)(E)

(b) (6), (b) (7)(C), (b) (7)(E)   BGR bus check (b) (7)(E)

BGR bus check (b) (7)(E)

2 IN BA

| NONE | DETAIL OUT STATION | | | (b) (6), (b) (7)(C), (b) (7)(E) | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified   (b) (6), (b) (7)(C)

Total Manpower is: (b) (7)(E)   Examined and Approved by:

Page 1   Printed: 04/26/2018 05:55:49 AM

032

## G-481 Daily Unit Assignment Log Summary, Group ST; Shift: (b) (7)(E)

**Office:** (b) (7)(E)

**Schedule: Monday, April 30, 2018**

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | UNASSIGNED | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | USE OF FORCE TRAINING | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED_INSTA DET | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | funeral; (b) (7)(E) |

(b) (6), (b) (7)(C), (b) (7)(E)

(b) (6), (b) (7)(C), (b) (7)(E)    BGR bus check; (b) (7)(E)

BGR bus check;

| Zone | Assignment | | | | | | |
|------|-----------|--|--|--|--|--|--|
| NONE | DETAIL OUT STATION | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |

**G-481 Daily Unit Assignment Log Summary, Group ST; Shift:** (b) (7)(E)

**Office:** (b) (7)(E)                                        **Schedule: Wednesday, May 2, 2018**

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | USE OF FORCE TRAINING | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |

(b) (6), (b) (7)(C), (b) (7)(E)

(b) (6), (b) (7)(C), (b) (7)(E)    BGR bus check (b) (7)(E)

BGR bus check

| Zone | Assignment | | | | | | |
|------|-----------|---|---|---|---|---|---|
| NONE | TRAINING | (b) (6), (b) (7)(C), (b) (7)(E) | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |

**G-481 Daily Unit Assignment Log Summary, Station; Shift:** (b) (7)(E)

Office: (b) (7)(E)

Schedule: Tuesday, May 08, 2018

| Zone | Assignment | Fleet # | Star # | Agent Name | Shift | Time | Comments |
|------|-----------|---------|--------|-----------|-------|------|----------|
| NONE | USE OF FORCE TRAINING | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | CANINE TRAINING | | | | | | |
| NONE | USE OF FORCE TRAINING | | | | | | |
| NONE | UNASSIGNED | | | | | | |
| NONE | UNASSIGNED | | | | | | |



BGR bus check (b) (7)(E)

BGR bus check;

| Zone | Assignment | | | | | | |
|------|-----------|---|---|---|---|---|---|
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT STATION | | | | | | |
| NONE | DETAIL OUT OF SECTOR | | | | | | |

Department of Homeland Security, Customs and Border Protection

Sensitive But Unclassified

Total Manpower is: (b) (7)(E)

Examined and Approved by: (b) (6), (b) (7)(C)

Page 1

Printed: 05/08/2018 06:33:28 AM



# HOULTON STATION TRANSPORTATION CHECK

# AND CHECKPOINT REFRESHER



# TRANSPORTATION CHECK OPERATIONS

036

## TRANSPORTATION CHECK AUTHORITY

Transportation check is a critical component of the risk-based Border Patrol Strategic Plan. Transportation Check operations are predicated on specific information and intelligence and are utilized to deny Transnational Criminal Organizations the ability to exploit transit nodes.

Statutory authority for transportation check is contained in 8 USC Sections 1225 and 1357 of the INA. In broad form, the authority granted by these sections permits the boarding and searching of conveyances, including common carriers for aliens.

If persons believed to be aliens are encountered during such inspections they may be questioned regarding their right to be or remain in the United States.

Agents should be familiar with relevant sections of law and court decisions as well as the Law of Arrest, Search & Seizure Manual, M-69, when performing transportation check operations.



For more information, reference the August 17, 2010 policy memorandum titled, "Transportation Check Operations"

MAKE SURE TO LOOK FOR THE ENTIRE SERIES OF SLIDES REGARDING THE USBP RISK-BASED APPROACH

OBP 50/1-C

AUG 1 7 2010



U.S. Customs and
Border Protection

MEMORANDUM FOR: All Chief Patrol Agents (b) (6), (b) (7)(C)
All Division Chiefs

FROM: Michael J. Fisher (b) (6), (b) (7)(C)
Chief
U.S. Border Patrol

SUBJECT: Transportation Check Operations

Transportation check (TC) is a critical component of our National Border Patrol Strategy. It directly supports our mission to prevent the entry of terrorists, terrorist weapons, smugglers, illegal aliens, and other contraband into the United States, as well as to deny further egress away from immediate border areas. It is an integral part of a layered enforcement approach that helps establish a substantial probability of apprehension, thus further deterring transnational criminal organizations who might otherwise attempt to circumvent linewatch and traffic check operations.

TC is the inspection of common carriers, such as buses, passenger and freight trains, aircraft, and watercraft to apprehend smugglers and illegal aliens who utilize these modes of transportation to further their illegal entry into the interior of the United States. This key enforcement tool is part of a defense-in-depth posture that effectively employs a minimum number of agents to accomplish substantial operational results, including a percentage of the arrests of illegal aliens from special interest countries.

Statutory authority for conducting inspections of common carriers is contained in 8 U.S.C. Sections 1225 and 1357 of the Immigration and Nationality Act. In broad form, the authority granted by these sections permits boarding and searching conveyances, including common carriers, for aliens. This authority has evolved from a series of court decisions interpreting these sections. If persons believed to be aliens are encountered during such inspections, they may be questioned regarding their right to be or to remain in the United States. Agents should be familiar with relevant sections of law and court decisions, as well as with *The Law of Arrest, Search & Seizure Manual, M-69*, when performing TC operations.

Initial egress transportation hubs are not always located within the immediate border area or a Border Patrol Sector Primary Operational Domain (POD). Transportation hubs are divided into two categories: Critical Transit Nodes and Secondary Transit Nodes. Critical Transit Nodes are defined as transportation hubs located in a transit zone within a sector's POD that, left unchecked, increase the probability that smugglers will move away from the border area. Secondary Transit Nodes are defined as transportation hubs located in a transit zone outside a sector's POD that is addressed in response to sector intelligence or operations-driven requirements via existing/established resources or periodic or ongoing special operations.

Transportation Check Operations
Page 2

Operations Orders must document that this critical work is tied directly to improving border security while denying the use of the legitimate infrastructure by smuggling organizations. Therefore, steady state operational plans for TC in immediate border areas will have predicate conditions relating to threats of illegal cross-border smuggling and illegal entry, with justification that includes the impact of TC on our immediate border effectiveness. TC plans for areas outside of the POD must also be targeted to mitigate threats and be driven by intelligence. Goals must align with the National Border Patrol Strategy and should include targeted activity related to arresting and identifying smugglers and/or individuals who pose a threat. Other potential benefits and liabilities associated with planned TC efforts should also be considered.

Pursuant to memorandum from U.S. Border Patrol Chief David V. Aguilar entitled, *Creation of Operations Orders in BPETS, January 29, 2008*, operations that are outside the POD of the initiating sector, operations that may be construed as interior enforcement, and/or operations for which media interest is likely shall be classified as Category 2 and require sector approval with Headquarters concurrence. In addition, any interior enforcement activities must be coordinated with the respective U.S. Immigration and Customs Enforcement (ICE) Special Agent in Charge. Participation from ICE will also require the creation of an ███████ (b) (7)(E) ███████

Nothing in this guidance is intended to restrict the ability to conduct TC. Conducting these operations effectively requires proper planning and procedural compliance in order to ensure that we are operating within our legal authority and that the chain of command is well informed of any enforcement efforts that may have a national impact.

Chief Patrol Agents will ensure that all supervisors and agents under their command are aware of and in compliance with these requirements. Staff may direct questions to Associate Chief (b) (6), (b) (7)(C) ██████ (b) (6), (b) (7)(C) ██████ or Assistant Chief ██████ (b) (6), (b) (7)(C) ██████ of the Strategic Planning, Policy and Analysis Division - Policy Branch.

# Transportation Checks

- Philosophy – why do we do them?

- Location – where will we do them?

- Statutory Authority:

  - **INA 287(a)(1)** authorizes agents to interrogate any alien (or person believed to be an alien) about his right to be or remain in the United States.  This statute authorizes question of aliens and suspected aliens anywhere in the United States.

  - **INA 287(a)(2)** to arrest any alien who in his presence or view is entering or attempting to enter the United States in violation of any law or regulation made in pursuance of law regulating the admission, exclusion, expulsion, or removal of aliens, or to arrest any alien in the United States.

  - **INA 287(a)(3)** authorizes a Border Patrol agent to search conveyances within a reasonable distance from the border (generally 100 miles).

  - **INA 235(d)(3):**  authorizes agents to consider evidence concerning the privilege of any alien (or person the agent suspects to be an alien) to enter, re-enter, transit through via any conveyance, or reside in the United States.

040

# UNITED STATES v. DRAYTON

- The fourth amendment does not require officers to advise bus passengers **(b) (7)(E)**
  **(b) (7)(E)**

- **(b) (7)(E)**

-

# Transportation Checks

## *United States v. Drayton*, 536 U.S. 194 (2002)

### Almost always begin as **consensual encounters**

- You may:
  - Identify yourself
  - Ask questions (citizenship, origin and destination, purpose of travel, etc.)
  - Request and examine identification
  - Request consent to search

- (b) (7)(E)

Student Guide
Applied Authorities
Day 12

# Transportation Check Operation Flow Chart



THIS DOCUMENT CONTAINS ATTORNEY CLIENT WORK PRODUCT AND/OR PRIVILEGED ATTORNEY/CLIENT COMMUNICATION.  IT IS THEREFORE NOT AVAILABLE FOR RELEASE, DISCLOSURE OR USE OUTSIDE OF CUSTOMS AND BORDER PROTECTION WITHOUT THE EXPRESS PRIOR APPROVAL OF THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION AND THE OFFICE OF THE CHIEF COUNSEL, (202) 334-2940.

043

Student Guide
Applied Authorities
Day 11

## A Border Patrol Agent's
## Unified (Title 8 and 19) Arrest Authority

|  | Immigration Felony | Immigration Misdemeanor/ Administrative | Non-Immigration Felony | Non-Immigration Misdemeanor |
|---|---|---|---|---|
| **If act occurs in presence of agent** | Warrantless Arrest based on P.C. | Warrantless Arrest Based on P.C. | Warrantless Arrest Based on P.C. | Warrantless Arrest Based on P.C. |
| **If act occurs outside presence of agent** | Warrantless Arrest Based on P.C. | Warrantless Arrest Based on P.C. [1] | Warrantless Arrest Based on P.C. | Must obtain arrest warrant |

1 — In general, 19 U.S.C. § 1589a governs such arrests, but in a rare case (most likely an administrative arrest for illegal entry) the more restrictive arrest rules set forth in INA § 287(a)(2) rules would control.

## Source of a BPA's Arrest Authority

### Title 8 Arrest Authority
(INA § 287 = 8 U.S.C. § 1357)

|  | Immigration Felony | Immigration Misdemeanor/ Administrative | Non-Immigration Felony | Non-Immigration Misdemeanor | Special Reqm'ts |
|---|---|---|---|---|---|
| **If act occurs in presence of agent** | 8 U.S.C. § 1357(a)(4)* | 8 U.S.C. § 1357(a)(2)* | 8 U.S.C. § 1357(a)(5)(A)* | 8 U.S.C. § 1357(a)(5)(A)* | * = likely to escape |
| **If act occurs outside presence of agent** | 8 U.S.C. § 1357(a)(4)* | 8 U.S.C. § 1357(a)(2)* | Must obtain arrest warrant | Must obtain arrest warrant | * = likely to escape |

### Title 19 Arrest Authority

|  | Immigration Felony | Immigration Misdemeanor/ Administrative | Non-Immigration Felony | Non-Immigration Misdemeanor | Special Reqm'ts |
|---|---|---|---|---|---|
| **If act occurs in presence of agent** | 19 U.S.C. § 1589a | 19 U.S.C. § 1589a | 19 U.S.C. § 1589a | 19 U.S.C. § 1589a | None |
| **If act occurs outside presence of agent** | 19 U.S.C. § 1589a | Must obtain arrest warrant | 19 U.S.C. § 1589a | Must obtain arrest warrant | None |

# Section 14.4(d), Border Patrol Handbook

(1) Agents board the bus with the permission of the operator during a scheduled stop.

(2) Up to ▆▆(b) (7)(E)▆ agents board the bus in uniform or in plainclothes with badges visible.

(3) Agents do ***not*** use the public address system on the bus and do ***not*** make a general announcement on-board the bus.

(4) One agent inspects the passengers beginning at the rear of the bus and working forward.

(5) One cover agent remains at the rear of the bus, and one cover agent remains at the front of the bus ***without*** blocking the door.

(6) The contact agent approaches passengers from behind and speaks in a voice just loud enough for individual passengers to hear.

(7) Agents ***do not*** block the aisle and ***do not*** obstruct the exit doors.

(8) The contact agent identifies himself or herself and displays a badge upon approaching each passenger.

(9) The contact agent may ask questions, request identification, and/or request consent to conduct a search or a frisk.

(10) The contact agent ***is not required*** ▆▆▆▆▆ (b) (7)(E) ▆▆▆▆▆
▆▆ (b) (7)(E) ▆▆

(11 ▆▆▆▆▆▆▆ **(b) (7)(E)** ▆▆▆▆▆▆▆

> ***\*Note in reference to #11***
>
> As per the flow chart in previous slide, if Agent can develop reasonable suspicion, the subject may be detained for addition questioning.