**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MAINE FOUNDATION,<br><br>           Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 2:18-cv-00176-JDL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)**

Pursuant to a settlement agreement executed by the parties on July 11, 2019, it is hereby stipulated and agreed by and between the parties and their respective counsel that the above-captioned case is voluntarily dismissed, with prejudice, against the Defendants, U.S. Customs and Border Protection, *et al.*, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

SO STIPULATED AND AGREED THIS 15th Day of July 2019

/s/ Zachary L. Heiden
Zachary L. Heiden
Emma Bond
ACLU of Maine Foundation
121 Middle Street, Suite 200
Portland, Maine 04103
Tel: (207) 619-6224
     (207) 619-8687
*zheiden@aclumaine.org*
*ebond@aclumaine.org*

*Attorneys for Plaintiff American Civil Liberties Union of Maine*

/s/ Andrew K. Lizotte
Andrew K. Lizotte
Assistant U.S Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101
(207) 771-3246
Andrew.Lizotte@usdoj.gov

*Attorney for Defendants, U.S. Department f Homeland Security,* et al.

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing using the CM/ECF system, which will send electronic notifications of such filing(s) to all counsel of record.

/s/ Emma E. Bond, Esq.
Emma E. Bond, Esq.
AMERICAN CIVIL LIBERTIES UNION OF MAINE
121 Middle St., Suite 200
Portland, ME 04101
(207) 774-5444
ebond@aclumaine.org